UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-023ML** **DATE: June 17, 2005**

**TITLE: USA v. LOUIS SEGALLA**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COURT**



**COUNSEL PRESENT:** **AUSA Lee V[illegible] - Govt**
**Edward C. [illegible] Jr. - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Court addresses deft's motion for a downward departure. Counsel argue the motion. Court advises counsel that they will need to supplement the record in order for the Court to impose a proper sentence. This hearing is continued to Tuesday, July 5, 2005, @ 10:00 a.m. Deft is remanded.**