UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-023ML** **DATE: July 5, 2005**

**TITLE: USA v. Louis Segalla**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Lee Vilker - Govt**
**Edward C. Roy, Jr. - for Deft**
**Brian Pletcher - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**This hearing is cont'd from 6/17/05. Counsel have supplemented the record in this matter. Court adopts the PSR recalculating total offense level. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one count of the Information: 120 mos' imprisonment; followed by 3 yrs' supervised release. Special conditions of S/R: deft is to participate in mental-health treatment program which will address deft's violent tendencies; deft is to participate in substance-abuse treatment program (inpatient or outpatient), which may include up to 72 drug tests per year; all as approved by U.S. Probation. Court recommends to the BOP that this deft, when eligible, participate in the intensive substance-abuse program. $100 special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**