**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 05-023 ML** |
| **LOUIS SEGALLA** | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Louis Segalla, and notices his appeal to the United States Court of Appeals for the First Circuit of the sentence imposed in the matter on July 5, 2005.

LOUIS SEGALLA
By his Attorney,

Edward C. Roy
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 5th day of July, 2005, I hand-delivered a true copy of the within notice to Lee Vilker, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.