UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

December 16, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR 05-023ML CCA# **05-2031**

USA v. Louis Segalla

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ______________________
John Duhamel
DEPUTY CLERK
*(401) 752-7205*
*John_Duhamel@rid.uscourts.gov*

encl: Certified Docket
**Original Transcript: Doc# 39 (6/17/05 initial sentencing hearing)**