USDCRI
Judge Lisi
05-00023

# United States Court of Appeals
## For the First Circuit

No. 05-2031

UNITED STATES OF AMERICA,

Appellee,

v.

LOUIS SEGALLA,

Defendant, Appellant.

MANDATE

### JUDGMENT

Entered: September 6, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is summarily affirmed. See lst Cir. R. 27(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/28/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Greenspan, Mr. Vilker, Mr. Lockhart, and Mr. Reich.]